

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-20-00095-CV

Celestino **MACIAS**
Appellant

v.

Remedios **BAUTISTA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07970
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant's brief was filed on April 13, 2020. Therefore, appellee's brief was due to be filed on May 13, 2020. Neither a motion for extension of time nor appellee's brief has been filed.[1] It is therefore ORDERED that appellee show cause in writing *within seven days* from the date of this order why this appeal should not be set at issue. If appellee fails to respond, this appeal will be set at issue without an appellee's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1] Due to a ransomware attack on May 8, 2020, the court's network was disabled. As of July 22, 2020, the court's network is fully operational. All case filings are up to date, and any future filings accepted by the court should be reflected on the court's website within twenty-four hours.